**So Ordered.**



Patricia C. Williams
Bankruptcy Judge

**Dated: August 20th, 2013**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC No. 11-CV-360-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-PCW11 |
| Debtor(s). | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80297-PCW11 |
| Plaintiff(s), | REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DIANE BJARNASON (ECF NO. 535) |
| vs. | |
| 0817726 BC, LTD., et al., | |
| Defendant(s). | |

The Honorable Patricia C. Williams, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Entry of Default Judgment Against Defendant Diane Bjarnason (ECF No. 535) filed with the bankruptcy court in this adversary proceeding.

11-80297-FPC    Doc 545    Filed 08/20/13    Entered 08/20/13 14:10:09    Pg 1 of 5

1   This Report and Recommendation is made pursuant to the Honorable Rosanna

2   Malouf Peterson's Order Granting Joinder and Withdraw of Reference and Referring

3   Back to Bankruptcy Court for Further Proceedings entered on April 25, 2012 (ECF

4   No. 34) in district court case No. 11-CV-360-RMP.

5   The recommendation is that plaintiff's Motion for Entry of Default Judgment

6   Against Defendant Diane Bjarnason (ECF No. 535) be granted and the attached

7   Default Judgment be entered in this adversary proceeding. The basis for this

8   recommendation is that an Order of Default was entered by the bankruptcy court on

9   July 17, 2013 (ECF No. 508).

10   ///END OF REPORT AND RECOMMENDATION///

11

12

13

14

15

16

17

18

19

20

1  Shelley N. Ripley, WSBA No. 28901
2  Daniel J. Gibbons, WSBA No. 33036
   WITHERSPOON • KELLEY
3  422 W. Riverside, Suite 1100
   Spokane, WA  99201
4  Telephone: (509) 624-5265; Facsimile: (509) 458-2717
5  Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

6

7             **UNITED STATES DISTRICT COURT**
8            **EASTERN DISTRICT OF WASHINGTON**

9  In Re:                          | US District Case No.  11-CV-360-RMP

10
11 LLS AMERICA, LLC,               | Bankruptcy No. 09-06194-PCW11

12                    Debtor.

13
14 BRUCE P. KRIEGMAN, solely in his | Adversary No. 11-80297-PCW 11
   capacity as court-appointed Chapter 11
15 Trustee for LLS America LLC,     | DEFAULT JUDGMENT AGAINST
                                    | DEFENDANT DIANE BJARNASON
16
17              Plaintiff,
        v.
18
   0817726 BC, LTD., et al.,
19
20              Defendants.

21

22              <u>JUDGMENT SUMMARY</u>

23     Judgment Creditor:      Bruce P. Kriegman, solely in his capacity as the
24                             Liquidating Trustee under the Confirmed Plan of
                               the Debtor
25

26     Attorneys for          Witherspoon Kelley
27     Judgment Creditor:

28

DEFAULT JUDGMENT- 1

{S0746871; 1 }

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

| | |
|---|---|
| Judgment Debtor: | Diane Bjarnason |
| Principal Amount of Judgment: | $79,810.00 CAD<br>$    250.00 US |
| Interest on Judgment: | Weekly Average of One-Year Constant Maturity (nominal) treasury yield as published by the Federal Reserve System (28 USC § 1961) |

This Court having previously entered an Order of Default against Defendant Diane Bjarnason (Adv. Doc. No. 508), and having reviewed the previously filed Memorandum of Authorities (Adv. Doc. No. 495) and Affidavit of Curtis Frye (Adv. Doc. No. 496), and the Affidavit of Shelley N. Ripley in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant Diane Bjarnason, as follows:

1.    Monetary Judgment in the amount of CAD $79,810.00, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2.    Transfers in the amount of CAD $45,110.00 made to the Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

WK WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

3.     Transfers in the amount of CAD $34,700.00 made to the Defendant more than four years prior to the Petition Filing Date should be avoided and Plaintiff should be authorized to take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550 and 551 and RCW 19.40.041(1) and 19.40.071;

4.     All said transfers to Defendant Diane Bjarnason are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Diane Bjarnason for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

5.     A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6.     Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $79,810.00, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

Entered this ____ day of _____, 2013.


_____
HONORABLE ROSANNA PETERSON

*Presented by:*

WITHERSPOON · KELLEY

 *s/ Shelley N. Ripley*
_____
Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
Attorneys for Bruce Kriegman, Chapter 11 Trustee

DEFAULT JUDGMENT- 3

{S0746871; 1 }

WK WITHERSPOON · KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728